866

No. 189, Misc.   HAIER *v.* UNITED STATES.   C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.*  *Solicitor General Marshall* for the United States.

No. 190, Misc.   IN RE JONES.   Sup. Ct. Mo.   Certiorari denied.  *Irl B. Baris* for petitioner.  *William H. Billings* for Missouri Bar Advisory Committee.

No. 191, Misc.   WILLIAMS *v.* McMANN, WARDEN.   Ct. App. N. Y.   Certiorari denied.

No. 193, Misc.   BOURG *v.* LOUISIANA.   Sup. Ct. La. Certiorari denied.  *Robert D. Edwards* for petitioner.

No. 194, Misc.   MOORMAN *v.* UNITED STATES.   C. A. 7th Cir.   Certiorari denied.  *George L. Saunders* for petitioner.  *Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Robert G. Mausack* for the United States.

No. 196, Misc.   ROCHA *v.* MENS COLONY SUPERINTENDENT.   Sup. Ct. Cal.   Certiorari denied.

No. 197, Misc.   SENATORE *v.* MANCUSI, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 198, Misc.   DAVIS *v.* SWENSON.   Sup. Ct. Mo. Certiorari denied.

No. 205, Misc.   WOOD *v.* UNITED STATES.   C. A. 10th Cir.  Certiorari denied.  Petitioner *pro se.  Solicitor General Marshall, Assistant Attorney General Vinson, Beatrice Rosenberg and Kirby W. Patterson* for the United States.